1
2
3  Jeffrey S. Gerardo #146508
   Steven M. Dailey #163857
4  KUTAK ROCK LLP
   Suite 1100
5  18201 Von Karman Avenue
   Irvine, CA  92612-1077
6  Telephone:  (949) 417-0999
   Facsimile:   (949) 417-5394
7  Email:        jeffrey.gerardo@kutakrock.com
   Email:        steven.dailey@kutakrock.com
8
   Attorneys for Defendant WELLS FARGO BANK,
9  N.A. DBA AMERICA'S SERVICING COMPANY
   [erroneously sued as "AMERICAS SERVICING,
10 CO."]
11
                    UNITED STATES DISTRICT COURT
12
                   CENTRAL DISTRICT OF CALIFORNIA
13
14
15 | OKSANA KOULINICH,              | Case No.  CV10-07883-DMG (JCx) |
   |                                |                                |
16 |              Plaintiff,        | **JUDGMENT OF DISMISSAL**      |
   |                                |                                |
17 | v.                             |                                |
   |                                |                                |
18 | AMERICAS SERVICING CO.,        |                                |
   |                                |                                |
19 |              Defendant.        |                                |

20      Defendant WELLS FARGO BANK, N.A. DBA AMERICA'S SERVICING
21 COMPANY's ["WELLS FARGO's"] Motion to Dismiss Plaintiff's Complaint
22 pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6) was granted on January
23 24, 2011 in its entirety without leave to amend [Doc. # 14].
24      Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
25 the above-entitled action be, and hereby is dismissed, as to WELLS FARGO and
26 //
27 //
28

4849-3504-9736.1
14617-403

that a Judgment of Dismissal be entered in favor of WELLS FARGO and against Plaintiff.  Based on said judgment, Plaintiff shall take nothing by way of the Complaint against WELLS FARGO.

DATED:  March 9, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE